UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK DEYOUNG,

       Plaintiff,                      Case No. 1:20–cv–549

v.                               Hon. Robert J. Jonker

UNKNOWN PARTIES,

       Defendant.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was filed in this court on June 16, 2020 .   The case has been assigned to Robert J. Jonker .


                                       CLERK OF COURT

Dated:   June 17, 2020        By:   /s/ M. Garcia_____
                                           Deputy Clerk