UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK DeYOUNG,

        Plaintiff,

                              CASE NO. 1:20-CV-549

v.

                              HON. ROBERT J. JONKER

ROYCE WEAR, LLC, et al.,

        Defendants.

_____/

# **ORDER**

Plaintiff filed a notice of voluntary dismissal naming two named defendants (Royce Wear LLC and Tien Dung Do) that have never formally appeared in the case. In fact, there is nothing on the docket that even demonstrates these defendants were served with process.

Along with the Notice of Dismissal, plaintiff also filed what was docketed as a Stipulated Motion for Permanent Injunction, but is actually only a proposed Order of Permanent Injunction against the two non-appearing and now dismissed defendants. It is not signed by any defendant. The Court does not ordinarily enter a Permanent Injunction against parties that have been dismissed, and certainly does not do that against defendants that have never even appeared in the case. Accordingly, the Court declines to enter the proposed Injunction at this time.

Dated:   October 7, 2020                /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               CHIEF UNITED STATES DISTRICT JUDGE