# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon. Robert J. Jonker

v.
Royce Wear, LLC et al.

TO: Royce Ware, LLC
ADDRESS: support@amazstyle.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____Royce Ware, LLC_____ was received by me on _____
                        (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual
on _____
    (date)                                                        (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                    (date)

☒ I served the summons on _Tien Dung Do_ _via email_, who is designated by law to accept service
                            (name of individual)
of process on behalf of _Royce Ware LLC_ on _10/8/2020_.
                        (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _10/8/2020_

_____
Server's signature

Amanda Sorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Server's address
Grand Rapids, Mi 49506

Additional information regarding attempted service, etc.:

Case 1:20-cv-00549-RJJ-SJB ECF No. 18 filed 09/28/20 PageID.954 Page 9 of 22

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No. 1:20-cv-549

Hon. Robert J. Jokers

v.

Royce Ware, LLC et al.

TO: Tien Dung Do
ADDRESS: support@amazstyle.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk _____ Date _____

---

## PROOF OF SERVICE

This summons for ___Tien Dung Do___ was received by me on _____ .
(name of individual and title, if any)                                    (date)

☒ I personally served the summons on the individual at ___support@amazstyle.com___
(place where served)
on ___10/8/2020___ . ___Via email___
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____ , a person
(name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____ , who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____ .
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.
Date: ___10/8/2020___

Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Server's address

Grand Rapids, MI 49506

Additional information regarding attempted service, etc.:

Case 1:20-cv-00549-RJJ-SJB  ECF No. 18 filed 09/28/2020  PageID.941  Page 22 of 22

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

v.

Royce Ware, LLC et al.

Case No.1:20-cv-549

Hon.    Robert J. Jonker

TO: Dung Le
ADDRESS: detectiveshirts@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

By: Deputy Clerk

September 28, 2020
Date

---

## PROOF OF SERVICE

This summons for _____ Dung Le _____ was received by me on _____.
(name of individual and title, if any)                                                   (date)

☒ I personally served the summons on the individual at ___ detectiveshirts@gmail.com
on 9/28/2020 . via email                                      (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/7/2020

Additional information regarding attempted service, etc.:

Amanda Osorio, Atty for Pl.
Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Weathy St
Server's address
Suite 258
Grand Rapids, Mi. 49506

Case 1:20-cv-00549-RJJ-SJB  ECF No. 18 filed 09/28/20  PageID.940  Page 21 of 22

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

v.

Royce Ware, LLC et al.

Case No. 1:20-cv-549
Hon.    Robert J. Jonker

TO: Hieu Tran
ADDRESS: tranhieu.f2@gmail.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____21_____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____Hieu Tran_____ was received by me on _____.
                       (name of individual and title, if any)                                    (date)

☒ I personally served the summons on the individual at ___tranhieu.f2@gmail.com___
on __9/28/2020__ . via email                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                               (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/7/2020__

Additional information regarding attempted service, etc.:

Amanda Osorio
Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Suite 258
Server's address
Grand Rapids, Mi 49506

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.   Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Jason Day
ADDRESS: nghiahd@kumi.vn

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on you (not counting the day you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Jason Day _____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☒ I personally served the summons on the individual at __nghiahd @ kumi.vn__
on __9/28/2020__ . __via email__                         (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/7/2020__

Additional information regarding attempted service, etc.:

Amanda Osorio
Server's signature

Amanda Osorio
Server's printed name and title

1514 Wealthy St. Ste 258
Server's address

Grand Rapids, Mi 49506

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.  Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Jia Fu
ADDRESS: lei88@510122.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ____21____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk _____ Date

---

## PROOF OF SERVICE

This summons for _____ Jia Fu _____ (name of individual and title, if any) was received by me on _____ (date).

☒ I personally served the summons on the individual at _lei88@510122.com_ on _9/28/2020_ (date). via email (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person (name) of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/7/2020

Additional information regarding attempted service, etc.:

Amanda Osorio
Server's Signature
Amanda Osorio, Atty for Pl.
Server's printed name and title
1514 Wealthy St. Suite 258
Grand Rapids, Mi 49506
Server's address

## SUMMONS IN A CIVIL ACTION

### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.   Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Kiddblxrbt He
ADDRESS: kiddblxrbt@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ 21 _____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk         Date

---

### PROOF OF SERVICE

This summons for _____ Kiddblxrbt He _____ was received by me on _____.
(name of individual and title, if any)       (date)

☒ I personally served the summons on the individual at _____ Kiddblxrbt@gmail.com _____
on _____ 9/28/2020 _____. Via email     (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/8/2020

_Amanela Md Qoro_
Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Server's address
Grand Rapids, Mi
49506

Additional information regarding attempted service, etc.:

Case 1:20-cv-00549-RJJ-SJB  ECF No. 18 filed 09/28/20  PageID.942  Page 17 of 22

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549

Hon.     Robert J. Jokers

TO: LEE TRADING AND INVESTMENT PTE. LTD
ADDRESS: admin@leesilk.com

v.
Royce Ware, LLC et al.

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to  serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ____21____ days after service of this summons on you (not counting the day you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                          Date

---

## PROOF OF SERVICE

This summons for ____LEE TRADING AND INVESTMENT PTE. LTD____ was received by me on _____.
                                    (name of individual and title, if any)                                                              (date)

☒ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                            (date)

☒ I served the summons on ___Dung Le via email___, who is designated by law to accept service
                                    (name of individual)
of process on behalf of ___Lee Trading & Investment Ptel.td___ on ___9/28/2020___.
                                    (name of organization)                                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/8/2020__

Amanda Osorio
                                                            Server's signature

Amanda Osorio, Atty for Pl.
                                                            Server's printed name and title

1514 Weathy St. Ste 258
                                                            Server's address

Grand Rapids, MI 49506

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.   Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Lei Shan
ADDRESS: chen8678@foxmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                          Date

---

## PROOF OF SERVICE

This summons for _____Lei Shan_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☒ I personally served the summons on the individual at __Chen 8678@ foxmail.com__
on __9/28/2020__ via email                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __08/2020__

Additional information regarding attempted service, etc.:

Amanda Osorio Atty for Pl.
Server's printed name and title
1514 Wealthy St. Ste 258
Server's address
Grand Rapids, Mi 49506

Case 1:20-cv-00549-RJJ-SJB   ECF No. 10 filed 05/20/20   PageID.940   Page 10 of 22

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

v.

Royce Ware, LLC et al.

Case No. 1:20-cv-549

Hon.  Robert J. Jonker

TO: Lin Le My
ADDRESS: lemylinh0205@gmail.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____21_____ days after service of this sum mons on y ou (not counting the day  you received it). If y  ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____Lin Le My_____ was received by me on _____.
(name of individual and title, if any)                                                                  (date)

☒ I personally served the summons on the individual at __lemylinh0205@gmail.com__
on __9/28/2020__ via email                                        (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/8/2020__

Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Grand Rapids, Mi 49506
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

v.

Royce Ware, LLC et al.

Case No. 1:20-cv-549
Hon.　Robert J. Jonker

TO: Ngay Than
ADDRESS: ngay2692017@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ 21 _____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

　399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
　107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
　113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk　　　　　　　　　　　Date

---

## PROOF OF SERVICE

This summons for _____ Ngay Than _____ was received by me on _____.
(name of individual and title, if any)　　　　　　　　　　　　　　　　　　(date)

☒ I personally served the summons on the individual at ngay2692017@gmail.com
on 09/28/2020 via email
(date)　　　　　　　　　　　　　　　　　　　　　　(place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)　　　　　　　　　　　　　　　(date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/8/2020

_____
Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Grand Rapids, Mi 49500
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.    Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Nguyen Hai
ADDRESS: nguyenquanghai.nuce55xd1@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ____21____ days after service of this sum mons on you (not counting the day you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____Nguyen Hai_____ was received by me on _____.
(name of individual and title, if any)                                           (date)

☒ I personally served the summons on the individual at nguyenquang hai.nuce55xd1@gmail.com
on 9/28/2020 . via email!
(date)                                                   (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/8/2020

Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St    Ste 258
Server's address

Grand Rapids, Mi 4950

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

v.

Royce Ware, LLC et al.

Case No.1:20-cv-549
Hon.     Robert J. Jonker

TO: Nguyen Thanh Tung
ADDRESS: mikejsusa@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to    serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
____21____ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                      Date

---

## PROOF OF SERVICE

This summons for _____Nguyen Thanh Tung_____ was received by me on _____.
                        (name of individual and title, if any)                                      (date)

☒ I personally served the summons on the individual at mikejsusa@gmail.com
on 9|28|2020 . via email                                      (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)

of process on behalf of _____ on _____.
                              (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10|8|2020

Additional information regarding attempted service, etc.:

Amanda Osono    Atty for Pl.
                Server's printed name and title
1514 Wealthy St. Ste 258
Grand Rapids, Mi 49506
                Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.    Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Nguyen Thi Kim Ngan
ADDRESS: benson6443@yahoo.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                      Date

---

## PROOF OF SERVICE

This summons for ___Nguyen Thi Kim Ngan___ was received by me on _____.
(name of individual and title, if any)                                              (date)

☒ I personally served the summons on the individual at ___benson 6443 @ yahoo.com___
on __9/28/2020__.   via email                          (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/8/2020__

Server's signature
Amanda Osorio, Atty for Pl.
Server's printed name and title
1514 Wealthy St. Ste 258
Server's address
Grand Rapids, M: 49506

Additional information regarding attempted service, etc.:

Case 1:20-cv-00549-RJJ-SJB   ECF No. 16 filed 09/28/2020   PageID.935   Page 6 of 22

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No. 1:20-cv-549
Hon.       Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Trung Nguyen Toan
ADDRESS: vanlang@gmail.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
___21___ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                                    Date

## PROOF OF SERVICE

This summons for _____Trung Nguyen Toan_____ was received by me on _____.
                        (name of individual and title, if any)                                      (date)

☒ I personally served the summons on the individual at __vanlang@gmail.com__
on _9/28/2020_ . __via email__                                         (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                        (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)

of process on behalf of _____ on _____.
                        (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _10/8/2020_

_____
            Server's signature

Additional information regarding attempted service, etc.:

Amanda Osorio, Atty for Pl.
            Server's printed name and title

1514 Wealthy St. Ste 258
Grand Rapids, Mi 49506
            Server's address

Case 1:20-cv-00549-RJJ-SJB ECF No. 16 filed 09/28/20 PageID.952 Page 7 of 22

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No. 1:20-cv-549
Hon.    Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Truong Tan Sang
ADDRESS: bella9712@yahoo.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk              Date

## PROOF OF SERVICE

This summons for _____Truong Tan Sang_____ was received by me on _____.
       (name of individual and title, if any)                             (date)

☒ I personally served the summons on the individual at ___bella9712@yahoo.com___
on __9/28/2020__.    via email           (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                             (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                    (name of individual)

of process on behalf of _____ on _____.
                  (name of organization)                     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/8/2020__

Additional information regarding attempted service, etc.:

_Server's signature_
Amanda Osirio, Atty for Pl.
     Server's printed name and title
1514 Wealthy St. Ste 258
     Server's address
Grand Rapids, Mi 49506

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No. 1:20-cv-549
Hon.    Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Tuan Vo Minh
ADDRESS: minhtuanqb88@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____**Tuan Vo Minh**_____ was received by me on _____.
                        (name of individual and title, if any)                              (date)

☒ I personally served the summons on the individual at _minhtuanqb88 @ gmail.com_
on _9/28/2020_ . Via email                                    (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/8/2020

_Amanda_
Server's signature

Amanda Csorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Grand Rapids, MI 49506
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No. 1:20-cv-549
Hon.   Robert J. Jokers

v.
Royce Ware, LLC et al.

TO: Vo Van Hao
ADDRESS: vohaonlplus@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk               Date

---

## PROOF OF SERVICE

This summons for ___Vo Van Hao___ was received by me on _____.
(name of individual and title, if any)                       (date)

☒ I personally served the summons on the individual at ___vohaonlplus@gmail.com___
on ___9/28/2020___ . via email
(date)                  (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: ___10/8/2020___

Additional information regarding attempted service, etc.:

Amanda Osorio, Atty for Pl.
Server's printed name and title
1514 Wealthy St. Ste 258
Server's address
Grand Rapids, Mi 49506

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549
Hon.    Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Vu Van Mong
ADDRESS: mong2v@gmail.com

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
___21___ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT



September 28, 2020

By: Deputy Clerk                                                Date

### PROOF OF SERVICE

This summons for _____Vu Van Mong_____ was received by me on _____.
                        (name of individual and title, if any)                        (date)

☒ I personally served the summons on the individual at __mong2v@gmail.com__
on __9/28/2020__. via email                                   (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)

of process on behalf of _____ on _____.
                          (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __10/8/2020__

_____
Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 258
Grand Rapids, Mi 49506
Server's address

Additional information regarding attempted service, etc.:

Case 1:20-cv-00549-RJJ-SJB  ECF No. 18 filed 09/28/2020  PageID.927  Page 2 of 22

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No.1:20-cv-549

Hon.    Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Yan Yu Cai
ADDRESS: du1993sai@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ 21 _____ days after service of this sum mons on you (not counting the day you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                          Date

---

## PROOF OF SERVICE

This summons for _____ Yan Yu Cai _____ was received by me on _____
(name of individual and title, if any)                                         (date)

☑ I personally served the summons on the individual at _____ du1993sai@gmail.com _____
on _____ 9/28/2020 _____ . via email                                         (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: 10/8/2020

Additional information regarding attempted service, etc.:

Server's signature

Amanda Osorio, Atty for Pl.
Server's printed name and title

1514 Wealthy St. Ste 288
Server's address

Grand Rapids, Mi 49506

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

Case No. 1:20-cv-549
Hon.     Robert J. Jonker

v.

Royce Ware, LLC et al.

TO: Chu Anh Dung
ADDRESS: dzungdt85@gmail.com

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve
upon plaintiff, an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure within
___21___ days after service of this summons on you (not
counting the day you received it). If you fail to respond,
judgment by default will be entered against you for the relief
demanded in the complaint. You must also file your answer
or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
444 Cass St. Suite D
Traverse City, Michigan 49684
john@revisionlegal.com
amanda@revisionlegal.com

CLERK OF COURT

September 28, 2020

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____Chu Anh Dung_____ was received by me on _____.
                    (name of individual and title, if any)                    (date)

[X] I personally served the summons on the individual at __dzungdt85@gmail.com__
on __09/28/2020__ _____ Via email                    (place where served)
        (date)

[ ] I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                            (name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

[ ] I served the summons on _____, who is designated by law to accept service
                                (name of individual)

of process on behalf of _____ on _____.
                            (name of organization)                (date)

[ ] I returned the summons unexecuted because _____.

[ ] Other (specify) _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.
Date: __10/07/2020__

                                                    Server's signature

Additional information regarding attempted service, etc.:

Amanda Osorio
                                                    Server's printed name and title

1514 Wealthy St. Suite 258 Grand Rapids, Mi 49506
                                                    Server's address