**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

DEREK DEYOUNG,
a resident of Michigan,

      Plaintiff,                                      Case No.: 1:20-cv-549

          v.

LEE TRADING AND INVESTMENT PTE. LTD,
a Singapore Exempt Private Company Limited by Shares,

Truong Tan Sang, an individual,

Nguyen Thi Kim Ngan, an individual,

Lei Shan, an individual,

Jia Fu, an individual,

Kiddblxrbt He, an individual,

Tuan Vo Minh, an individual,

William Harding, an individual,

Dung Le, an individual,

Trung Nguyen Toan, an individual,

Chu Anh Dung, an individual,

Hieu Tran, an individual,

Ngay Than, an individual,

Vu Van Mong, an individual

Nguyen Hai, an individual,

Lin Le My, an individual,

Nguyen Thanh Tung, an individual,

1

Jason Day, an individual,

Yan Yu Cai, an individual,

Vo Van Hao, an individual,

and

JOHN DOES 1-10,

    Defendants.

## ENTRY OF DEFAULT AGAINST DEFENDANTS

    Plaintiff requests that the Clerk of the Court enter default in this matter against the below listed Defendants in Default pursuant to Federal Rule of Civil Procedure 55(a). It, appearing from the record that the Defendants in Default have failed to appear, plead, or otherwise defend, the default of each of the Defendants in Default is hereby entered pursuant to Federal Rule of Civil Procedure. 55(a).

    The following Defendants are now in default for failure to answer or otherwise appear ("Defendants in Default"):

1. LEE TRADING AND INVESTMENT PTE. LTD
2. Truong Tan Sang
3. Nguyen Thi Kim Ngan
4. Lei Shan
5. Jia Fu
6. Kiddblxrbt He
7. Tuan Vo Minh
8. Dung Le

2

9. Trung Nguyen Toan

10. Chu Anh Dung

11. Hieu Tran

12. Ngay Than

13. Vu Van Mong

14. Nguyen Hai

15. Lin Le My

16. Nguyen Thanh Tung

17. Jason Day

18. Yan Yu Cai

19. Vo Van Hao

Dated this __22nd__ day of October, 2020.

/s/ M. Garcia<br>Deputy Clerk